```
___ FILED         ___ ENTERED
___ LODGED        ___ RECEIVED

         APR - 4 2008
      AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS J. PAULSON, | Case No. C08-338-MJP |
| Plaintiff, | |
| v. | |
| SNOHOMISH COUNTY JUDICIAL OFFICIALS, et al., | ORDER OF DISMISSAL |
| Defendants. | |

The Court, having reviewed plaintiff's proposed complaint and application to proceed *in forma pauperis* ("IFP"), together with all materials in support of and in opposition to those documents, the Report and Recommendation of United States Magistrate Judge James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for leave to proceed IFP (Dkt. No. 1) is DENIED and his complaint (Dkt. No. 1-1) is DISMISSED without prejudice.

(3) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 4 day of April, 2008.

*/s/ Marsha J. Pechman*
MARSHA J. PECHMAN
United States District Judge

08-CV-00338-ORD